IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>KULVIR SINGH CHEEMA,<br><br>　　　Debtor.<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　Garnishee. | Case No. 2:24-MC-00062-WBS-AC<br><br>**FINAL ORDER OF CONTINUING GARNISHMENT**<br><br>Criminal Case No. 2:16-CR-00070-WBS |

　　　On February 7, 2024, the United States filed an Application for Writ of Continuing Garnishment against Kulvir Singh Cheema's ("Debtor") interest in property. ECF 1. The Clerk of the Court issued the Writ and Clerk's Notice to Debtor. ECF 4. The United States served the Writ and related documents on Wells Fargo Bank, N.A. ("Garnishee") and Debtor. ECFs 5 and 6.

　　　On February 28, 2024, Garnishee served its Acknowledgment of Service and Answer of Garnishee on Debtor and the United States ("Answer"). ECF 8. In its answer, Garnishee stated that it has possession of a bank account with an approximate total value of $1,242.59. Id. Debtor did not file a claim of exemption to the proposed garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States' garnishment action.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on April 2, 2024, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted and ordered that any objections were due within 14 days after service. ECF 11. The United States served the findings and recommendations on Debtor on April 4, 2024. ECF 12. Debtor did not object and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations for Final Order of Continuing Garnishment (ECF 11) are ADOPTED IN FULL;

2. Garnishee Wells Fargo Bank, N.A., is directed to pay the Clerk of the United States District Court all of the funds held by Garnishee within fifteen (15) days of the filing of this Final Order. Payment shall be made in the form of a check, money order, or company draft, made payable to the "Clerk of the Court" and delivered to:

> Office of the Clerk
> 501 I St., Rm. 4-200
> Sacramento, CA 95814

The criminal docket number (2:16-CR-00070-WBS) shall be stated on the payment instrument;

3. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

4. The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

IT IS SO ORDERED.

Dated: April 30, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE