IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KULVIR SINGH CHEEMA,<br><br>　　　　Debtor.<br><br>―――――――――――――――<br><br>WELLS FARGO BANK, N.A.,<br><br>　　　　Garnishee. | Case No. 2:24-MC-00062 WBS AC<br><br>**ORDER TERMINATING**<br>**WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:16-CR-00070-WBS |

　　　The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request") (Docket No. 16), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

　　　1.　Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on February 16, 2024, is hereby TERMINATED; and

　　　2.　The Clerk of the United States District Court shall CLOSE this miscellaneous case.

　　　IT IS SO ORDERED.

Dated: July 9, 2024

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE